STRICKLAND, by next friend, *v.* BERRYTON MILLS.

HILL, J.  Under the evidence in this case the court did not err in granting
   a nonsuit.                    *Judgment affirmed.  All the Justices concur.*
                    DECEMBER 17, 1915.

Action for damages.  Before Judge Wright.  Chattooga superior
court.  September 15, 1914.

*C. D. Rivers,* for plaintiff.  *Maddox & Doyal,* for defendant.